**Chris S. Ulmer**

| | |
|---|---|
| From: | Tim Perry <tkpsd2005@aol.com> |
| Sent: | Wednesday, November 14, 2018 3:33 PM |
| To: | Katlyn Howery |
| Subject: | Re: Permit on Hold - 3rd Review - Edwards Boat Dock & Boathouse Repair - 253 Robin Ct - BP18-0847 |

Katlyn,

I see! I will get a hold of the surveyor and find out what the heck.

Thanks, Tim


-----Original Message-----
From: Katlyn Howery <KHowery@altamonte.org>
To: Tim Perry <tkpsd2005@aol.com>; mitchedwards2009@gmail.com <mitchedwards2009@gmail.com>; fioppolojr@ioppololawgroup.com <fioppolojr@ioppololawgroup.com>
Cc: Tina Demostene <TDemostene@altamonte.org>; Thomas Dalton <TEDalton@altamonte.org>
Sent: Wed, Nov 14, 2018 3:25 pm
Subject: RE: Permit on Hold - 3rd Review - Edwards Boat Dock & Boathouse Repair - 253 Robin Ct - BP18-0847

Tim,
Attached I have highlighted the notes from the Surveyor's Report on the Topographic Survey which make the survey invalid and not viable for the purpose that it was intended.
Please submit a signed and sealed boundary survey showing all easements, encumbrances, and the mean high water line, which has been requested on several occasions.
Thank you,
**KATLYN HOWERY**          P: (407) 571-8152
Planner                              F: (407) 571-8156
KHowery@altamonte.org


225 Newburyport Avenue
Altamonte Springs, FL 32701
www.Altamonte.org

 

*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

*Persons with disabilities needing documents in an alternate format should contact (407) 571-8122 (Voice), (407) 571-8126 (TTY) or CityClerk@altamonte.org (Email).*
**From:** Tim Perry <tkpsd2005@aol.com>
**Sent:** Wednesday, November 14, 2018 1:58 PM
**To:** Katlyn Howery <KHowery@altamonte.org>; mitchedwards2009@gmail.com; fioppolojr@ioppololawgroup.com
**Cc:** Tina Demostene <TDemostene@altamonte.org>; Thomas Dalton <TEDalton@altamonte.org>
**Subject:** Re: Permit on Hold - 3rd Review - Edwards Boat Dock & Boathouse Repair - 253 Robin Ct - BP18-0847
Hi Katlyn,

1

The new survey was attached to the last set of plans I turned in for re-submittal. It was the very top sheet. The copies I submitted also had the Surveyors seal and signature. I also submitted a waiver for the 10' side setback modification request due to the fact that approximately 60% + of the docks on Prairie Lake that are currently in the City of Altamonte Springs jurisdiction does not comply to the 10' side setback rule.
Thanks, Tim
-----Original Message-----
From: Katlyn Howery <KHowery@altamonte.org>
To: Tim Perry <tkpsd2005@aol.com>; mitchedwards2009@gmail.com <mitchedwards2009@gmail.com>; fioppolojr@ioppololawgroup.com <fioppolojr@ioppololawgroup.com>
Cc: Tina Demostene <TDemostene@altamonte.org>; Thomas Dalton <TEDalton@altamonte.org>
Sent: Wed, Nov 14, 2018 1:25 pm
Subject: RE: Permit on Hold - 3rd Review - Edwards Boat Dock & Boathouse Repair - 253 Robin Ct - BP18-0847

Hi Tim,
Thank you for sending the 1989 building permit—the City has that information on record. However, as stated in my prior comments the permit was never finaled or closed out, making it invalid. We understand the Property Appraiser will tax you on anything they see on your site, but that does not validate the permit. All portions of the boathouse are considered new structures, since the prior permit was never finaled.
Please include a signed and sealed boundary survey showing all easement structures, encumbrances, and location of the mean high water line. If no easements exist, the survey will reflect that.
Please update your submittal to respond to all of my comments.
Thank you,
**KATLYN HOWERY**         P: (407) 571-8152
Planner                              F: (407) 571-8156
KHowery@altamonte.org



225 Newburyport Avenue
Altamonte Springs, FL 32701
www.Altamonte.org



*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

*Persons with disabilities needing documents in an alternate format should contact (407) 571-8122 (Voice), (407) 571-8126 (TTY) or CityClerk@altamonte.org (Email).*
**From:** Tim Perry <tkpsd2005@aol.com>
**Sent:** Wednesday, November 14, 2018 11:02 AM
**To:** Katlyn Howery <KHowery@altamonte.org>; mitchedwards2009@gmail.com; fioppolojr@ioppololawgroup.com
**Subject:** Re: Permit on Hold - 3rd Review - Edwards Boat Dock & Boathouse Repair - 253 Robin Ct - BP18-0847
Hi Katlyn,
Here is a copy of our original permit from 1989. Mrs Edwards has been paying taxes on the boat dock and boat house since it was completed in 1989 according to the Seminole County Property Appraiser. There is no 7.5' easement on the side of the property that 7.5' easement came from an old survey the owners had done to split the property but was never done or recorded. The new survey shows it removed. I did submit a signed and sealed topographical survey from a licensed surveyor with this last submittal. It was the very top sheet. We will address the other issues and get back with you.
Thank you, Tim
-----Original Message-----
From: Katlyn Howery <KHowery@altamonte.org>
To: Tkpsd2005@aol.com <Tkpsd2005@aol.com>
Sent: Tue, Nov 13, 2018 4:35 pm
Subject: Permit on Hold - 3rd Review - Edwards Boat Dock & Boathouse Repair - 253 Robin Ct - BP18-0847

Good afternoon,
Enclosed is the Permit on Hold notice (3rd Review) for the Edwards Dock & Boat House building permit for the property located at 253 Robin Court, Altamonte Springs.