**Chris S. Ulmer**

| | |
|---|---|
| **From:** | Anthony C. Apfelbeck |
| **Sent:** | Thursday, September 13, 2018 3:01 PM |
| **To:** | Danielle Marshall; April Davis; Katlyn Howery; Glenn Phillippi; Thomas Dalton; Mary Sneed (Mary@fofslaw.com) |
| **Subject:** | FW: 253 Robin Court / Case No. 18-1796 |

FYI on my response.

**ANTHONY C. APFELBECK**
Fire Marshal/Building Official
ACApfelbeck@altamonte.org

P: (407) 571-8433
F: (407) 571-8445



225 Newburyport Avenue
Altamonte Springs, FL 32701
www.Altamonte.org



*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

**From:** Anthony C. Apfelbeck
**Sent:** Thursday, September 13, 2018 3:00 PM
**To:** 'Frank Ioppolo' <fioppolojr@ioppololawgroup.com>
**Cc:** Mitch Edwards <mitchedwards2009@gmail.com>; Tim Perry (tkpsd2005@aol.com) <tkpsd2005@aol.com>
**Subject:** RE: 253 Robin Court / Case No. 18-1796

Frank,

Thank you for the email and your recent phone call.

Our staff will present to the Code Enforcement Board the intention of your client to come into compliance with the Notice of Code Violation along with your proposed path forward. In addition, we will also represent to the Code Enforcement Board that we are in agreement with respect to a 90 day compliance order, after which, a $100.00 per day fine would accrue if the property is not in compliance. If your client is not yet in full compliance at the end of 90 days with final inspections passed on the issued permits, but has demonstrated due diligence towards compliance by having approved permits in hand, we commit to staff requesting the Code Enforcement Board extend the compliance date beyond the anticipated 90 day order.

As we discussed on the phone, the staff review of your client's specific design proposal will take place during the permitting process. The anticipated Code Enforcement Board order will be directed solely towards compliance with the code, which is demonstrated by acquiring a permit and passing final inspections. How

1

exactly that goal is achieved will be vetted through the City's permit review process and compliance with staff's comments based on the Land Development Code and Code of Ordinances.

Lastly, I am confirming that there is no need for you or your client to attend the Code Enforcement Board Hearing tonight as we are in substantial agreement as to the order we are requesting from the Code Enforcement Board.

Thank you for all of your assistance on this issue. As we move forward, please let me know if you have any questions.

And….Good luck with your overseas trip.


**ANTHONY C. APFELBECK**  
Fire Marshal/Building Official  
ACApfelbeck@altamonte.org

P: (407) 571-8433  
F: (407) 571-8445



225 Newburyport Avenue  
Altamonte Springs, FL 32701  
www.Altamonte.org



*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

**From:** Frank Ioppolo <fioppolojr@ioppololawgroup.com>  
**Sent:** Wednesday, September 12, 2018 1:04 PM  
**To:** Anthony C. Apfelbeck <ACApfelbeck@altamonte.org>  
**Cc:** Mitch Edwards <mitchedwards2009@gmail.com>; Tim Perry (tkpsd2005@aol.com) <tkpsd2005@aol.com>  
**Subject:** 253 Robin Court / Case No. 18-1796

Tony:

Thank you to you and your team for discussing how Mr. Edwards might handle the current issue with his boat house at 253 Robin Court. Based on our discussions and Mr. Edwards' work with his design engineer, we propose to move forward as follows:

1.      The portion of the dock that currently that encroaches on the neighbor's property will be moved backwards/shortened.
2.      Mr. Edwards intends to file for a permit shortly (no later than the end of September) and work with the staff to properly permit the work and bring the structures into compliance with the City codes.
3.      Mr. Edwards will work promptly to fully resolve this issue with the City.

I understand that you will represent this to the Code Enforcement Board at tomorrow night's hearing and it is not necessary for us to attend. Again, my apologies for not being able to be there in person. If necessary I can call in, but will be out of the country on an urgent matter.

2

Best,

Frank

**Frank S. Ioppolo, Jr., Esquire**
President & CEO
**Ioppolo Law Group, PLLC**
120 Stone Post Road
Longwood, FL 32779
Direct: (407) 936-3645
(407) 444-1004
Fax: (866) 529-4717
frankjr@ioppololawgroup.com
Website: www.ioppololawgroup.com

*We have a new address, please update your records accordingly.*

SEE THE ILG BLUE BOOK - AN INSIDER'S GUIDE TO LOCAL GOVERNMENT FOR SEMINOLE, ORANGE, OSCEOLA AND LAKE COUNTIES AT **WWW.ILGBLUEBOOK.COM**

**CONFIDENTIALITY NOTICE:** This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient, please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

**TAX ADVICE DISCLOSURE:** To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. The foregoing paragraph has been affixed to comply with U.S. Treasury Regulations governing tax practice.