

| | |
|---|---|
| **CITY OF ALTAMONTE SPRINGS** | **SEPTEMBER 13, 2018** |
| **COMMISSION CHAMBERS** | **7:00 P.M.** |

## CODE ENFORCEMENT BOARD AGENDA

**READING OF CHAIRMAN'S STATEMENT**
**ROLL CALL**
**SWEARING IN OF PERSONS TESTIFYING**

<u>**CONSENT AGENDA**</u>

**A. APPROVAL OF MINUTES: August 9, 2017**

**B. REQUEST FOR CONTINUANCE: October 11, 2018**
Case No. 18-1783          Plaza North Acquisition LLC, Subject Property: 455 Douglas Ave

**C. REQUEST FOR CONTINUANCE: November 8, 2018**
Case No. 17-1757          Larry & Nataliya Adkins, Subject Property: 206 Tranquility Cove

**1. <u>REQUEST FOR HEARING</u>**

Case No. 18-1794          Howard J & Christina Temanson, Subject Property: 312 Monticello Dr.
                          Violation(s) Cited: City Code of Ordinances Section 24-44, 24-45 and 24-46
                          Building & Fire Safety (Van Horn)
Description of Violation(s):   Inoperable vehicles

**2. <u>CONTINUED MATTER</u>**

Case No. 18-1793          Home Depot USA Inc., Subject Property: 882 W SR 436
                          Violation(s) Cited: Land Development Code 6.1.16, 4.4.4 and 4.4.6
                          Building & Fire Safety (VanHorn)
Description of Violation(s):   Parking lot maintenance and outdoor storage

Case No. 18-1796          Carol G. Edwards, Subject Property: 253 Robin Ct.
                          Violation(s) Cited: Land Development 3.3.1.6
                          Building & Fire Safety (Conklin)
Description of Violation(s):   Improvement of property without a permit

Code Enforcement Board Agenda – September 13, 2018
Page 2 of 2

### 3. NEW MATTERS

| | |
|---|---|
| Case No. 18-1797 | 1021 Investments, LLC, Subject Property: 478 N. SR 434<br>Violation(s) Cited: Land Development Code 8.2.1.3, 4.4.4, 3.42.6.5(a) and West Town Center Design Guidelines<br>Building & Fire Safety (VanHorn) |
| Description of Violation(s): | Site Inspection, various violations |
| | |
| Case No. 18-1798 | Csaba Oszlanczi, Subject Property: 634 Hermits Trail<br>Violation(s) Cited: Land Development Code 17.3 (b), 17-56 and 17-57<br>Building & Fire Safety (VanHorn) |
| Description of Violation(s): | Trash and Debris |
| | |
| Case No. 18-1899 | Audra Wilks, Subject Property: 521 Riviera Drive<br>Violation(s) Cited: Land Development Code 3.44.3.1.1<br>Building & Fire Safety (Harber) |
| Description of Violation(s): | Structure built in rear and side easements |

### 4. IMPOSING FINE

| | |
|---|---|
| Case No. 17-1760 | 1756, Inc., Subject Property: 474 W 436 SR<br>Violation(s) Cited: Land Development Code 3.41.6, 4.4.4 and 4.4.6<br>Building & Fire Safety (VanHorn) |
| Description of Violation(s): | Parking lot maintenance |
| | |
| Case No. 18-1780 | MUSA Realty Group, LC, Subject Property: 706 W SR 436<br>Violation(s) Cited: Land Development Code 3.41.6, 4.4.4 and 4.4.6<br>Building & Fire Safety (VanHorn) |
| Description of Violation(s): | Parking lot maintenance |
| | |
| Case No. 18-1781 | D. Cusimano Realty, Inc., Subject Property: 946 W SR 436<br>Violation(s) Cited: Land Development Code 3.41.6, 4.4.4 and 4.4.6<br>Building & Fire Safety (Van Horn) |
| Description of Violation(s): | Parking lot maintenance |

### 5. DISCUSSION:

### 6. ADJOURNMENT

Persons with disabilities needing assistance to participate in any of these proceedings should contact the City Clerk Department ADA Coordinator 48 hours in advance of the meeting at 407-571-8117 (Voice) or 407-571-8126 (TDD).

Persons are advised that if they decide to appeal any decision made at these hearings/meetings, they will need to ensure that a verbatim record of the proceedings is made which includes the testimony and evidence upon which the appeal is to be based per Chapter 286.0105, Laws of Florida. The City of Altamonte Springs does not provide this verbatim record.



# CODE ENFORCEMENT BOARD MEETING MINUTES

Pursuant to due notice, the regular meeting of the Code Enforcement Board of the City of Altamonte Springs, Seminole County, Florida was held at 225 Newburyport Ave in said City on September 13, 2018.

**The meeting was called to order by Chairman Mosley at 7:00 PM**

**READING OF CHAIRMAN'S STATEMENT**

**ROLL CALL**

| | | |
|---|---|---|
| Present: | Chairman Mosley | Yes |
| | Connie Bays | Yes |
| | Bill Phillips | Yes |
| | Fred Delemos | Yes |
| | David Scott | Yes |
| | Chuck Condon | Absent |
| Staff: | Mary Sneed, Board Attorney | Yes |
| | Chris Ulmer, Deputy City Clerk | Yes |
| | Angie Apperson, City Clerk | Yes |
| | Bill VanHorn, Code Compliance Officer | Yes |
| | Glenn Phillippi, Deputy Fire Marshal | Yes |
| | Jesse Weed, Code Compliance Officer | No |
| | Tony Apfelbeck, Building Official/Fire Marshal | Yes |
| | Tom Dalton, Deputy Building Official | Yes |
| | David Harber, Code Compliance Officer | Yes |
| | Will Andreone, Code Compliance Officer | Yes |
| | Ed Conklin, Code Compliance Officer | Yes |

**SWEARING IN OF PERSONS TESTIFYING**

**1. CONSENT AGENDA**

   **A. APPROVAL OF MINUTES: August 9, 2018**

   **B. REQUEST FOR CONTINUANCE: October 11, 2018**
Case No. 18-1783        Plaza North Acquisition LLC, Subject Property: 455 Douglas Ave
Case No. 18-1899        Audra Wilks, Subject Property: 521 Riviera Drive

   **C. REQUEST FOR CONTINUANCE: November 8, 2018**
Case No. 17-1757        Larry & Nataliya Adkins, Subject Property: 206 Tranquility Cove

Chairman Mosley read the item titles into the record. **Motion** by Mrs. Bays, second by Mr. Scott, to accept the Consent Agenda as stated. The **motion** carried unanimously.

September 13, 2018
Page 2 of 6

## 2. IMPOSING FINE

Case No. 18-1781           D. Cusimano Realty, Inc., Subject Property: 946 W SR 436
                           Violation(s) Cited: Land Development Code 3.41.6, 4.4.4 and 4.4.6
                           Building & Fire Safety (VanHorn)
Description of Violation(s):   Parking lot maintenance

Jim Brown, attorney, and Dom Cusimano, owner representative, were present. Code Officer Bill VanHorn presented the case details; provided testimony and evidence that established the property ownership and that proper service was provided for the Notice of Hearing. Mr. VanHorn described the case and stated that the Board first heard this case on March 8, 2018, found the Respondent in violation, ordered a June 1, 2018 compliance date, a fine of $250 if found not in compliance and $250 in prosecution costs. Mr. VanHorn stated that an inspection on June 1, 2018 found the Respondent in violation, filed an Affidavit of Non Compliance and the fine began to accrue. Officer VanHorn has not heard from the Respondent and inspected the property on September 13, 2018 and found the Respondent still in violation. He asked the Board to Impose the Fine of $250 per day until in compliance, include the $250 in prosecution costs and $18.50 in recording fees. Mr. VanHorn stated that permit application has been submitted but not approved. There was discussion whether the Respondent has contacted the City or applied for permits.

Jim Brown and Dom Cusimano, representing the Respondent, addressed the Board. Mr. Brown explained the owner's efforts to come into compliance, which included hiring contractors to perform parking lot striping and design work. Mr. Cusimano stated that the striping company that was hired informed him that they needed a site plan to paint the parking lot, which Mr. Cusimano did not have. A contractor was hired and provided a site plan, but then Mr. Cusimano was told by the striping company that they could not use the specific yellow paint that is required by the city. In Aril 2018, Mr. Brown was asked by Mr. Cusimano to get involved and help with compliance. Mr. Brown stated that submittals were provided to the City, plan comments went back and forth, but they experienced delays in working with the City. Mr. Brown asked for another 120 days to achieve compliance. The plan submittal process was discussed. Mr. VanHorn stated the case has been going on for one year, that the imposed fine could be recorded and then discuss options once in compliance.

Tony Apfelbeck, Fire Marshal and Building Official, addressed the Board and recommended continuing this case for 30 days. He stated that this would provide time for the Respondent to work with the city towards permit approval. The City would then be in a position to discuss any allowances to the Respondent for this case. What would need to happen in that 30 timeframe was discussed. Mr. Apfelbeck stated that the Respondent would need to hold their contractor accountable for compliance. Mr. Apfelbeck asked that he be contacted directly if assistance is not being provided by the City in a timely manner. Mr. VanHorn stated Daniel Buckland is a good contact from the City, and that he has been in training all week, but should be back in the office on Monday.

**Motion by Mr. Scott, seconded by Mr. Phillips, to continue the case to the Code Enforcement meeting scheduled for October 11, 2018. The motion carried unanimously.**

## 3. CONTINUED MATTERS

Case No. 18-1796           Carol G. Edwards, Subject Property: 253 Robin Ct.
                           Violation(s) Cited: Land Development 3.3.1.6
                           Building & Fire Safety (Conklin)
Description of Violation(s):   Improvement of property without a permit

September 13, 2018
Page 3 of 6

The Respondent was not present. Code Officer Conklin presented the case details; provided testimony and evidence that established the property ownership and that proper service was provided for the Notice of Code of Violation and for the Notice of Hearing. Officer Conklin testified that the Respondent is in violation of Land Development 3.3.1.6 for improving the property without obtaining the required permits and that the worked performed would require Building, Plumbing and Electrical permits. Officer Conklin stated that he inspected the property on January 26, 2018, that he issued a red tag to stop all work and presented photographic evidence of the work being performed without a permit. Mr. Conklin again inspected the property on February 6, 2018, found the Respondent in violation and was told by the owner that her son was trying to obtain a permit for the work in violation. On May 10, 2018 an additional complaint was received and Deputy Building Official Tom Dalton inspected the property. Officer Conklin stated that he issued a Notice of Code Violation on May 16, 2018 with a compliance date of June 22, 2018. He performed a follow up inspection on June 22, 2018, found the Respondent still in violation of the cited codes and requested a hearing with the Code Enforcement Board. Officer Conklin provided photographic evidence of the structure in violation and a satellite picture from the Seminole County Property Appraisers website that shows the dock over the property line. Mr. Conklin stated that applications for the permits have been received, but all have been denied. Officer Conklin asked the Board to find the Respondent in violation of the cited codes, order a December 13, 2018 compliance date, a fine of $100 per day if found in violation and award $250 in prosecution costs.

Fire Marshal and Building Official Tony Apfelbeck addressed the board to explain that City Staff have met with the Respondent and their legal counsel and explained the requirements for compliance. He stated that the Respondent is committed to removing the structure that is over the property line, coming into compliance by the requested time frame, pay $100 per day in fines if found not in compliance and pass all final inspections. If the compliance date becomes an issue and the Respondent is found to be working towards compliance, the City will also work with the Board as needed.

Kevin Maxwell, representing the neighbor (Mr. Myers, 251 Robin Rd) of the property that the structure encroaches on, addressed the Board. Mr. Maxwell stated that there has been some suggestion that the previous owner agreed to the structure's encroachment, and stated the current owner, Mr. Myers, has not agreed to the encroachment. He also presented a certified letter indicating that the previous owner also did not agree with the encroachment.

The Board Members discussed the encroachment and Board Attorney Sneed stated that the owner of the dock could apply for a variance, and explained basic requirements. Mr. Apfelbeck clarified that this situation was discussed with Ms. Edwards' attorney, and that any request for a variance would need to be addressed by the Board of Zoning Appeals.

**Motion** by Mrs. Bays, seconded by Mr. Delemos, to find the Respondent in violation of the cited codes; that the Respondent is to correct the violations on or before December 13, 2018; in the event the Respondent does not comply with this Order, a fine of $100 per day, will be imposed for each and every day the violation continues past the afore stated date and pay the City $250 in prosecution costs. The Respondent is further ordered to contact the City of Altamonte Springs Code Enforcement Officer to verify compliance with this order; any future reoccurrences of the violation within five years will be treated as a repeat violation. The **motion** carried unanimously.

4. NEW MATTERS

Case No. 18-1798        Csaba Oszlanczi, Subject Property: 634 Hermits Trail
                        Violation(s) Cited: Land Development Code 17.3 (b), 17-56 and 17-57
                        Building & Fire Safety (VanHorn)
Description of Violation(s):  Trash and Debris

September 13, 2018
Page 4 of 6

The Respondent, Csaba Oszlanczi, was present. Code Officer VanHorn presented the case details; provided testimony and evidence that established the property ownership and that proper service was provided for the Notice of Code of Violation and for the Notice of Hearing. Officer VanHorn testified that the Respondent is in violation of City Code of Ordinances 17.3 (b), 17-56 and 17-57 for trash and debris. Officer VanHorn issued a Notice of Code Violation on May 22, 2018 with a compliance date of June 22, 2018. He performed a follow up inspection on June 26, 2018, found the Respondent still in violation of the cited codes and requested a hearing with the Code Enforcement Board. Mr. VanHorn visited the property on September 13, 2018 and found the Respondent in compliance. Mr. VanHorn asked the Board to find the Respondent in violation of the cited codes for the purpose of repeat, and asked for the city to be awarded $250 in prosecution costs.

The Respondent, Mr. Oszlanczi, addressed the Board and explained that he did receive the Notice of Code Violation, and cleaned up some of the equipment and thought that he was in compliance. Mr. Oszlanczi asked about what he could do when he has AC units that cannot be left at the job. Board Attorney Sneed stated that he would need to work with Code Enforcement, and that the Board was only to determine if he was in violation of the cited codes.

**Motion by Mr. Delemos, seconded by Mrs. Bays, to find the Respondent in violation of the cited codes and now in compliance. The city has incurred expenses of $250 in prosecution costs, and hereby ordered to pay said amount to the city. The motion carried unanimously.**

### 5. REQUEST FOR HEARING

Case No. 18-1794      Howard J & Christina Temanson, Subject Property: 312 Monticello Dr.
                      Violation(s) Cited: City Code of Ordinances Section 24-44, 24-45 and 24-46
                      Building & Fire Safety (VanHorn)
Description of Violation(s):   Inoperable vehicles

The Respondent, Howard Temanson, addressed the board and described that his case was heard by the Board in June 2018 and that he was found in violation for inoperable vehicles in front of his house. Mr. Temanson stated that he did come into compliance a few days after the hearing. Mr. VanHorn testified that Mr. Temanson did come into compliance, the fine total is now at $4,550 and that this is a repeat case. Mr. Temanson requested that the entire fine be eliminated and stated that he cannot afford the fine amount. Mr. VanHorn stated that he has met with his management, and they understand that $4,550 is a significant fine for inoperable vehicles. Mr. VanHorn stated that the City feels they have finally gotten Mr. Temanson's attention, and reducing the fine total to $500 would be agreeable to the city.

**Motion by Mr. Scott, seconded by Mr. Phillips, moved that the fine ordered by the Board on June 14, 2018 be reduced to $500 if paid within thirty days or the fine shall revert to the original amount. The $500 total amount is broken down as $250 in fines and $250 in prosecution costs, for a total of $500.
The motion carried 4 to 2, with Mrs. Bays and Mr. Delemos opposed.**

### 6. CONTINUED MATTER

Case No. 18-1793      Home Depot USA Inc., Subject Property: 882 W SR 436
                      Violation(s) Cited: Land Development Code 6.1.16, 4.4.4 and 4.4.6
                      Building & Fire Safety (VanHorn)
Description of Violation(s):   Parking lot maintenance and outdoor storage

The Respondent was not present. Code Officer VanHorn presented the case details; provided testimony and evidence that established the property ownership and that proper service was provided for the Notice of Code of Violation and for the Notice of Hearing. Officer VanHorn testified that the Respondent is in violation of Land

Development Codes 6.1.16, 4.4.4 and 4.4.6 for outside storage. Officer VanHorn issued a Notice of Code Violation on March 9, 2018 with a compliance date of April 9, 2018. He performed a follow up inspection on April 10, 2018 and found the Respondent still in violation of the cited codes and requested a hearing with the Code Enforcement Board. Mr. VanHorn visited the property on September 13, 2018 and found the Respondent in compliance. Mr. VanHorn asked the Board to find the Respondent in violation of the cited codes for the purpose of repeat.

**Motion by Mrs. Bays, seconded by Mr. Scott, to find the Respondent in violation of the cited codes and now in compliance. The motion carried unanimously.**

### 7. NEW MATTERS

Case No. 18-1797          1021 Investments, LLC, Subject Property: 478 N. SR 434
                          Violation(s) Cited: Land Development Code 8.2.1.3, 4.4.4, 3.42.6.5(a) and West
                          Town Center Design Guidelines
                          Building & Fire Safety (VanHorn)
Description of Violation(s):   Site Inspection, various violations

The Respondent was not present. Code Officer VanHorn presented the case details; provided testimony and evidence that established the property ownership and that proper service was provided for the Notice of Code of Violation and for the Notice of Hearing. Officer VanHorn testified that the Respondent is in violation of Land Development Code 8.2.1.3, 4.4.4, 3.42.6.5(a) and West Town Center Design Guidelines for site maintenance, parking lot and signage violations. Officer VanHorn issued a Notice of Code Violation on May 10, 2018 with a compliance date of June 11, 2018. He performed a follow up inspection on June 13, 2018 and found the Respondent still in violation of the cited codes and requested a hearing with the Code Enforcement Board. Mr. VanHorn visited the property on September 13, 2018 and found the Respondent still in violation. Mr. VanHorn asked the Board to find the Respondent in violation of the cited codes, order a compliance date of November 2, 2018, a daily fine of $100 - $200 if found in violation after the compliance date, and asked for the city to be awarded $250 in prosecution costs.

The requirements for compliance and obtaining a variance for the landscaping and signage.

**Motion by Mr. Phillips, seconded by Mr. Scott, to find the Respondent in violation of the cited codes; that the Respondent is to correct the violations on or before November 2, 2018; in the event the Respondent does not comply with this Order, a fine of $100 per day, will be imposed for each and every day the violation continues past the afore stated date and pay the City $250 in prosecution costs. The Respondent is further ordered to contact the City of Altamonte Springs Code Enforcement Officer to verify compliance with this order. The motion carried unanimously.**

### 8. IMPOSING FINE

Case No. 17-1760          1756, Inc., Subject Property: 474 W 436 SR
                          Violation(s) Cited: Land Development Code 3.41.6, 4.4.4 and 4.4.6
                          Building & Fire Safety (VanHorn)
Description of Violation(s):   Parking lot maintenance

The Respondent was not present. Code Officer Van Horn presented the case details; provided testimony and evidence that established the property ownership and that proper service was provided for the Notice of Hearing. Officer Van Horn testified that the Board first heard this case on November 9, 2017, found the Respondent in violation, ordered a January 15, 2018 compliance date or a fine of $100 would begin to accrue

September 13, 2018
Page 6 of 6

and awarded $250 in prosecution costs. The fine began to accrue after an Affidavit of Non Compliance was issued to the Clerk's Office on January 15, 2018. Mr. Van Horn inspected the property again on April 17, 2018 and found the Respondent in compliance. The City Clerk's Office issued a Letter of Compliance with Costs, which required the Respondent to pay the fine amount of $9,450, but no contact has been made with the Respondent. Mr. VanHorn asked that the Board impose the fine in the amount of $9,450, plus $18.50 in recording fees.

**Motion** by Mrs. Bays, seconded by Mr. Scott, to find the Respondent failed to comply with this Board's Order of January 15, 2018 and move to impose the fine against the Respondent as set forth in the Board's Original Order in the total amount of $9,200 and prosecution costs of $250 as previously ordered, plus $18.50 in recording fees; for a total fine amount of $9,468.50. The **motion** carried unanimously.

**9. DISCUSSION:** The Board Secretary stated that Commissioner Turney has appoint Board Member Russel Hauck to the Planning Board and Michael Brunsheen to the Code Enforcement Board. Mr. Brunsheen will be sworn in at the October 2018 meeting.

**10. ADJOURNMENT:** The meeting adjourned at 8:10 PM

Submitted by Deputy City Clerk Chris Ulmer

CODE ENFORCEMENT BOARD IN AND FOR THE
CITY OF ALTAMONTE SPRINGS, SEMINOLE
COUNTY, FLORIDA

CASE NO. 18-1796

**CITY OF ALTAMONTE SPRINGS**, a
**Florida Municipal Corporation,**

Petitioner,

vs.

**Carol G. Edwards**
253 Robin Ct.
Altamonte Springs, FL 32701         Certified Mail 7017 1450 0001 6960 5235
_____/
                  Respondent

# FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

THIS CAUSE came for public hearing before the Board on September 13, 2018 after due notice to the Respondents, and the Board having heard testimony under oath, received evidence, considered stipulations and heard argument, thereupon issues its Findings of Fact, Conclusions of Law and Order, as Follows:

## I. FINDINGS OF FACT:

The Respondent, Carol G. Edwards, is the owner of the property located at 253 Robin Ct, Altamonte Springs, FL 32701.

The Respondent was issued a Notice of Code Violation on May 16, 2018 with an April 22, 2018 compliance date for violations of Land Development 3.3.1.6, improvement of property without a permit. A follow up inspection on April 22, 2018 found the Respondent still in violation.

## II. CONCLUSIONS OF LAW:

The Respondent, Carol G. Edwards, by reason of the foregoing, is in violation of Land Development 3.3.1.6, improvement of property without a permit.

## III. ORDER:

The Respondent is hereby ordered to correct the violations of the Land Development 3.3.1.6 by December 13, 2018, a fine of $100 per day if found not in compliance and pay $250 prosecution costs. Compliance includes removing the boat dock and house structure completely and dispose of construction materials; and/or obtain Building, Electrical and Plumbing permits for the structures and pass all final inspections.

CASE NO. 18-1796
Page 2 of 2

The lien arising from the fines assessed in this Order, if recorded in accordance with Section 162.09 of the Florida Statutes, shall constitute a lien against the subject property, and any other property, real or personal, owned by the Respondents.

**IN THE EVENT THE VIOLATIONS ARE CORRECTED AND THEN REPEATED WITHIN FIVE YEARS, THE VIOLATIONS MAY BE BROUGHT BEFORE THE CODE ENFORCEMENT BOARD FOR HEARING EVEN IF THE REPEAT VIOLATIONS HAVE BEEN CORRECTED PRIOR TO THE BOARD HEARING. REPEAT VIOLATIONS MAY BE FINED UP TO $500.00 PER DAY.**

DONE AND ORDERED this 13th day of September 2018.

CODE ENFORCEMENT BOARD OF
ALTAMONTE SPRINGS, FLORIDA

By: _____
Chairman, Code Enforcement Board

Attest: _____
Secretary, Code Enforcement Board