**Chris S. Ulmer**

| | |
|---|---|
| From: | Danielle Marshall |
| Sent: | Saturday, September 8, 2018 10:07 PM |
| To: | Anthony C. Apfelbeck; April Davis; Thomas Dalton |
| Cc: | Amanda Phillips |
| Subject: | RE: 253 Robin Court |

Thanks Tony. I know April and I are concerned that the applicant and Frank didn't quite understand the complications and restrictions to permitting the structure they proposed, in addition to those of the setback issues.

Happy Connecting. Sent from my Sprint Samsung Galaxy S® 5

-------- Original message --------
From: "Anthony C. Apfelbeck" <ACApfelbeck@altamonte.org>
Date: 9/8/18 11:25 AM (GMT-05:00)
To: Danielle Marshall <DMarshall@altamonte.org>, April Verpoorten <AVerpoorten@altamonte.org>, Thomas Dalton <TEDalton@altamonte.org>
Cc: Amanda Phillips <APhillips@altamonte.org>
Subject: RE: 253 Robin Court

Danielle, April and Tom,

FYI, next week is horrendous for us as we have Energov training all week until Friday. I called Frank and let him know our schedule was ok for Friday but he wants to meet with me prior to the CEB hearing on Thursday. I told him I can either meet very early or very late sometime during the week but the discussion with me would be limited to staff's recommendation to the CEB. Any discussion on an approach to achieve compliance with the permit comments will have to wait for the full group.

I have not yet heard back from him as of yet. I will keep you all in the loop.

**ANTHONY C. APFELBECK**
Fire Marshal/Building Official
ACApfelbeck@altamonte.org

P: (407) 571-8433
F: (407) 571-8445

1