## Ed Conklin

**From:** Danielle Marshall
**Sent:** June 27, 2018 10:07 AM
**To:** Ed Conklin; April Verpoorten
**Subject:** RE: 253 Robin CT boat dock and boat house

On some lakes, homeowners would need to get FDEP or SJRWMD permits. Not sure which agency has jurisdiction on Lake Prairie. Enforcement by the State agencies has diminished in recent years. I would suggest we continue with code enforcement and not rely on any enforcement from the State agencies. However, you could still reach out to the and see if there was a permit issued for that residence.

The employees have changed so much in the past few years, that I don't have a contact name for you, but the general number for FDEP is 407-897-4100.

**DANIELLE MARSHALL**, CFM
Division Director of Streets, Stormwater & Solid Waste
DMarshall@altamonte.org

P: (407) 571-8610
F: (407) 571-8612



950 Calabria Drive
Altamonte Springs, FL 32714
www.Altamonte.org

 

*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

**From:** Ed Conklin
**Sent:** Wednesday, June 27, 2018 8:49 AM
**To:** Danielle Marshall <DMarshall@altamonte.org>; April Verpoorten <AVerpoorten@altamonte.org>
**Subject:** 253 Robin CT boat dock and boat house

Danielle and April,
I have been working a building construction red tag since January and am getting ready to go to code enforcement case hearing in August. I realized we maybe have another way to go at the owner. To build a dock, boat lift and boat house don't you need st johns water approval? And do they care or enforce building on lakes without approval. If we go to code board probably just means fines from city. Any help with the dock and boat house.

**ED CONKLIN**
Code Compliance Insp IV

P: (407) 571-8439
F: (407) 571-8445

1