# Chris S. Ulmer

**From:** Tim Perry <tkpsd2005@aol.com>
**Sent:** Tuesday, June 11, 2019 12:06 PM
**To:** Katlyn Howery
**Subject:** Re: Edwards boat dock

Hi Katlyn,

I just now saw this Email. I thought in our meeting that I could do a demolition plan with the survey I had since we were having such a hard time getting a surveyor to get us a proper one with all of the information we needed.

Thanks, Tim

-----Original Message-----
From: Katlyn Howery <KHowery@altamonte.org>
To: Tim Perry <tkpsd2005@aol.com>
Cc: Tina Demostene <TDemostene@altamonte.org>; Thomas Dalton <TEDalton@altamonte.org>; April Davis <ADavis@altamonte.org>
Sent: Thu, May 30, 2019 9:59 am
Subject: RE: Edwards boat dock

Hi Tim,

It looks like you are still missing a number of items that needed to be addressed, including the updated survey. I can't do a proper review until we get an updated survey with the correct mean high water line. At a quick glance, I can see that the setbacks and edge of water do not line up, the existing dock is still not called out as "unpermitted", does not show the entire site in context, the dock is over the 10-foot tall max and , the plans are missing a number of key dimensions that show the size of the structures and the setbacks form the mean high water line (specifically, the shed does not have any of this information). The location of the edge of water should be shown as a dashed line in areas where it is under the dock.

Please submit a response to comments to the Building/Fire Safety Department once you have obtained a correct survey and have addressed all the comments from our meeting.

Thank you,

**KATLYN HOWERY**  P: (407) 571-8152
Planner           F: (407) 571-8156
KHowery@altamonte.org



225 Newburyport Avenue
Altamonte Springs, FL 32701
www.Altamonte.org



*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

1



## PLAN REVIEW COMMENTS

PROJECT NAME: Edwards Boathouse//Dock
ADDRESS: 253 Robin Ct.
PERMIT: BP18-0847
DATE IN: 04/9/19          DATE OUT: 4/16/19
PHONE: 407-947-7549    EMAIL: tkpsd2005@aol.com

                                                Reviewer/Phone:
                                                TD/407-571-8431

## 4th Review

**BUILDING:**
   B1)   **REPEAT COMMENT**
           The cover sheet indicates that this is an existing boathouse and dock. The City's records do not show that a permit was ever obtained to build the boathouse. In addition, the dock never received a final inspection and therefor the permit is void and this is now considered an unpermitted structure. All comments referring to these structure as existing or permitted structures need to be removed from the plans.

           **This was noted on the last 3 plan review comment reviews. All comments indicating that these were existing legally permitted structure is to be removed from the plan or it shall be noted that the structures are existing non-approved structures.**

   B2)   The plan provided shows that the dock extends into the required setback. The survey indicates that the dock is not in the required setback. This condition needs to be clarified showing that the dock is not in the required setback.

**PLUMBING:**                                                            **TD 407 571-8431**

P1)    The plans shows an existing bathroom including a toilet and sink being installed. This type of work has not been permitted according to City records. Bathrooms that are connected to a dock and waste storage equipment needs to be approved by the Public Works Director.

P2)    Plans indicates that the piping is running "over land" The piping materials and how the pipe is to be protected, this needs to be indicated on the plans.

**ELECTRICAL:**                                              **TD 407 571-8431**

E1)    The exterior panel is to be service rated, this needs to be indicated on the plans.

E2)    Inside panel needs to be located outside of the bathroom location per 240.24, not permitted to be in the bathroom.

**NOTE: Further comments from Altamonte Springs Public Works and the Planning and Development Division may need to be addressed. These comments will be forwarded from the applicable Divisions once reviewed.**

**Response Instructions:**
1. Include a letter outlining your responses. The letter shall be signed and sealed by the design professional if the responses are not reflected in the signed and sealed plans.
2. This examination is not to be construed as a check of every item in the plans and specifications, and does not prevent the building official from hereafter requiring corrections of errors on plans or construction.
3. If you are submitting new drawings (2 sets required), it is your responsibility to insert them into the original sets. Failure to do so will delay your plan review.
4. A review from other city departments may still need to performed, including Planning/Development and Public Works

2