# Chris S. Ulmer

| | |
|---|---|
| **From:** | Angela "Angie" Apperson |
| **Sent:** | Thursday, September 12, 2019 5:46 PM |
| **To:** | Thomas Dalton |
| **Subject:** | RE: 253 Robin Ct |

I get it.  See you later ☺


**ANGELA "ANGIE" APPERSON**     P: (407) 571-8122
City Clerk                                                F: (407) 571-8123
AApperson@altamonte.org



202 Newburyport Avenue
Altamonte Springs, FL 32701
www.Altamonte.org

 

*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

*Persons with disabilities needing documents in an alternate format should contact (407) 571-8122 (Voice), (407) 571-8126 (TTY) or CityClerk@altamonte.org (Email).*

**From:** Thomas Dalton <TEDalton@altamonte.org>
**Sent:** Thursday, September 12, 2019 5:00 PM
**To:** Angela "Angie" Apperson <AApperson@altamonte.org>
**Subject:** RE: 253 Robin Ct

Yes, I did, and I told Mr. Martz about that and that it was about re-litigating the case not about imposing fine and lien.


**THOMAS DALTON**                P: (407) 571-8431
Building Official                       F: (407) 571-8445
TEDalton@altamonte.org



225 Newburyport Avenue
Altamonte Springs, FL 32701
www.Altamonte.org

 

*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if*

1

*deemed confidential pursuant to state law.*

*Persons with disabilities needing documents in an alternate format should contact (407) 571-8122 (Voice), (407) 571-8126 (TTY) or CityClerk@altamonte.org (Email).*

---

**From:** Angela "Angie" Apperson <AApperson@altamonte.org>
**Sent:** Thursday, September 12, 2019 4:15 PM
**To:** Thomas Dalton <TEDalton@altamonte.org>
**Subject:** RE: 253 Robin Ct

You're welcome. By the way, you did cut them off when they wanted to present testimony to re-hear the case.


**ANGELA "ANGIE" APPERSON**           P: (407) 571-8122
City Clerk                                                    F: (407) 571-8123
AApperson@altamonte.org



202 Newburyport Avenue
Altamonte Springs, FL 32701
www.Altamonte.org

 

*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

*Persons with disabilities needing documents in an alternate format should contact (407) 571-8122 (Voice), (407) 571-8126 (TTY) or CityClerk@altamonte.org (Email).*

---

**From:** Thomas Dalton <TEDalton@altamonte.org>
**Sent:** Thursday, September 12, 2019 4:12 PM
**To:** Angela "Angie" Apperson <AApperson@altamonte.org>
**Subject:** RE: 253 Robin Ct

Thanks


**THOMAS DALTON**                        P: (407) 571-8431
Building Official                              F: (407) 571-8445
TEDalton@altamonte.org



225 Newburyport Avenue
Altamonte Springs, FL 32701
www.Altamonte.org

 

*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

*Persons with disabilities needing documents in an alternate format should contact (407) 571-8122 (Voice), (407) 571-8126 (TTY) or CityClerk@altamonte.org (Email).*

**From:** Angela "Angie" Apperson <AApperson@altamonte.org>
**Sent:** Thursday, September 12, 2019 3:51 PM
**To:** Franklin W. Martz, II <FWMartz@altamonte.org>
**Cc:** Thomas Dalton <TEDalton@altamonte.org>; Anthony C. Apfelbeck <ACApfelbeck@altamonte.org>; Glenn Phillippi <RGPhillippi@altamonte.org>
**Subject:** 253 Robin Ct

Frank,

Tom indicated you would like the attached documents.

Please let me know if you need anything additional.

Respectfully,
Angie



**ANGELA "ANGIE" APPERSON**          P: (407) 571-8122
City Clerk                                                F: (407) 571-8123
AApperson@altamonte.org



202 Newburyport Avenue
Altamonte Springs, FL 32701
www.Altamonte.org

 

*Information provided in this email is subject to disclosure to the public pursuant to Florida Sunshine Law. Email sent on the City system is considered public and is only withheld from disclosure if deemed confidential pursuant to state law.*

*Persons with disabilities needing documents in an alternate format should contact (407) 571-8122 (Voice), (407) 571-8126 (TTY) or CityClerk@altamonte.org (Email).*