# Exhibit 2

IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CAROL G. EDWARDS,   CASE NO.: 2019-CC-003024

    Plaintiff/Counter-Defendant,

v.

DANIEL P. MYERS and
JAMES RANDY MYERS,

    Defendants/Counter-Plaintiffs.
_____/

## FINAL JUDGMENT

THIS CAUSE coming on before this Court for review of the Report and Recommendation of Civil General Magistrate and this Court having reviewed the Magistrate's Report as well as the files, the Depositions, and motions filed by the parties, and being otherwise advised in the premise concurs with the Findings of Fact and Conclusion of Laws set forth by the Magistrate Kristina L Paulter, and would further state it is the order of this Court that:

1.    This case, which has a long history, was referred to the General Magistrate for an evidentiary hearing to review the pleadings, depositions, and affidavits to determine if the Plaintiff has shown that there are no genuine issues of material facts that exist, and the Plaintiff is entitled to a summary judgment pursuant to Fla R. Civ. P 1.510(a) which has adopted Fed. R. Civ. 56(c).

2.    The Court finds that the Plaintiff has established her riparian rights as well as proven a prescriptive easement exists to the areas so described in her Complaint. The Defendants have provided no credible evidence to refute Plaintiff's riparian rights or prescriptive easement. The Court hereby enters judgment in favor of Plaintiff on her claim for prescriptive easement.

3. Defendants have presented no credible evidence in support of their affirmative defenses or counterclaim and thus Defendants' claims are without merit. The Court hereby enters judgment in favor of Plaintiff on Defendants' counterclaim and finds Plaintiff is entitled to attorney's fees and costs pursuant to §57.105. *Fla. Stat.*

4. This court reserves jurisdiction to enter necessary orders including but not limited to an amount of reasonable fees and costs.

DONE AND ORDERED in Sanford, Seminole County, Florida on Wednesday, February 5, 2025.



Sylvia Grunor, County Judge
59-2019-CC-003024 02/05/2025 08:34:48 AM

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via filing with the Florida Courts E-Filing Portal on Wednesday, February 5, 2025. Moving party is responsible for service of all non-registered pro-se parties.

| | |
|---|---|
| J MARC JONES<br>MJones@CipparonePA.com<br>Scasco@CipparonePA.com<br>JBiron@CipparonePA.com | DANIEL P MYERS<br>251 ROBIN RD<br>ALTAMONTE SPRINGS, FL 32707 |
| JAMES RANDY MYERS<br>251 ROBIN RD<br>ALTAMONTE SPRINGS, FL 32701 | James Randy Myers<br>willie__makeit@hotmail.com<br>williemakeit53@gmail.com |

Jeffrey M Fleming
jfleming@uww-adr.com
camato@uww-adr.com

Michael D Jones
mike@mdjonespa.com
office.mdj12444@gmail.com

Daniel Myers
daniel.p.myers@lmco.com

