# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CAROL G. EDWARDS,**

      **Plaintiff,**

v.                                            **Case No: 6:22-cv-689-PGB-DCI**

**CITY OF ALTAMONTE SPRINGS, FLORIDA, CITY OF ALTAMONTE SPRINGS CODE ENFORCEMENT BOARD, JOHN DOE and JANE DOE,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on the Case Management Report filed by the parties (Doc. 64). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator and the mediation date within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on 9th day of January 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record