IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CAROL G. EDWARDS,

Plaintiff,

vs. Case No. 6:22-cv-689-PGB-DCI

CITY OF ALTAMONTE SPRINGS, FLORIDA, CITY OF ALTAMONTE SPRINGS CODE ENFORCEMENT BOARD, JOHN DOE and JANE DOE,

Defendants.

---

**UNOPPOSED MOTION OF MICHAEL D. JONES, ESQUIRE FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 2.02(c), Michael D. Jones, Esq., of Michael Douglas Jones, P.A. ("Movant"), moves for leave to withdraw as counsel of record for Plaintiff, Carol G. Edwards, and states:

1. Movant is counsel of record for Plaintiff. Plaintiff is also represented by Loren A. Seehase, Esq., of Pacific Legal Foundation, who has appeared as counsel of record and will continue to represent Plaintiff, and does not oppose this motion.

2. Professional considerations require termination of the representation.

3. On October 6, 2026, Movant gave Plaintiff written notice of his intent to move to withdraw by email and U.S. Mail. Movant certifies that Plaintiff consented in writing to the withdrawal on October 13, 2026.

4. Withdrawal will not leave Plaintiff proceeding pro se and will not delay this action or prejudice any party.

**Local Rule 3.01(g) Certification**

I certify that I conferred with co-counsel for Plaintiff, Loren A. Seehase, Esq., on October 6, 2026, and with counsel for Defendants, Parker Watts, Esq., on October 15, 2026. Neither opposes this motion.

WHEREFORE, Movant requests that the Court grant leave to withdraw as counsel for Plaintiff, relieve Movant of further responsibility in this action, and remove Movant from the CM/ECF service list.

Respectfully Submitted,

/s/ Michael D. Jones
Michael D. Jones, Esquire
Florida Bar No. 137608
MICHAEL DOUGLAS JONES, PA
P.O. Box 196336
Winter Springs, FL 32719
Telephone: 407/359-9914
Email: mike@mdjonespa.com and
office.mdj12444@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2026, I electronically filed the foregoing Motion for Leave to Withdraw by using the CM/ECF system, which has caused a Notice of Electronic Filing to be sent to all counsel of record.

/s/ Michael D. Jones
Michael D. Jones, Esquire
Florida Bar Number: 137608
MICHAEL DOUGLAS JONES, P.A.